UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **DK TRADING & SUPPLY LLC** and **LION OIL COMPANY, LLC,** | § § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | Civil Action No. _____ |
| **MAREX GROUP PLC** and **BTX ENERGY LLC,** | § § § § | |
| *Defendant*. | § § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Marex Group PLC ("Marex") files this Notice of Removal of the civil action brought against it by Plaintiffs DK Trading & Supply LLC ("DKTS") and Lion Oil Company, LLC ("Lion Oil" and collectively with DKTS, the "Plaintiffs"). The grounds in support of this Notice of Removal are as follows:

### I.

### STANDARD FOR REMOVAL

1. Defendant files this Notice of Removal on diversity of citizenship grounds under 28 U.S.C. §§ 1332, 1441(a), and 1446. Furthermore, 28 U.S.C. § 1446(b) provides that a notice of removal "shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading."

2. Plaintiffs filed their Original Petition (the "Original Petition") on September 22, 2025, which was Marex's first notice of this action. Thus, this Notice of Removal is timely in

1

accordance with 28 U.S.C. § 1446(b)(1), because it is filed within thirty days of Marex's receipt of the Original Petition filing.

## II.

## BACKGROUND

3. On September 22, 2025, Plaintiffs filed their Original Petition (the "Petition") against Marex and BTX Energy LLC ("BTX Energy") in the Chambers County District Court for the 344th Judicial District, Cause No. 25DCV0826 (the "District Court Action"). *See* Original Petition, attached as Exhibit A-1.

4. Plaintiffs' Original Petition asserts claims of declaratory judgment against Marex and negligence against BTX Energy. *See* Ex. A-1 at pp. 5–6.

5. Upon information and belief, neither Marex nor BTX Energy were served with process and therefore no citation exists for Marex to attach. As of the time of this filing, no Return of Service is on record with the state court.

6. Marex is filing this Notice of Removal on or before October 22, 2025, which is within 30 days of receipt of the initial pleading setting forth Plaintiffs' claims for relief. Accordingly, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

7. Plaintiffs previously requested a demand for trial by jury in the state district court action. *See* Ex. A-1.

## III.

## DIVERSITY JURISDICTION

8. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because every proper defendant is now, and was at the time Plaintiffs' Original Petition was filed, diverse in citizenship from every plaintiff and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### A. THERE IS COMPLETE DIVERSITY OF CITIZENSHIP BETWEEN PLAINTIFFS AND DEFENDANTS.

9. Upon information and belief, Plaintiff DKTS is a Delaware limited liability company with its principal place of business in Brentwood, Tennessee. *See* Ex. A-1, ¶ 3. Plaintiff Lion Oil is an Arkansas limited liability company with its principal place of business in Brentwood, Tennessee. *See* Ex. A-1, ¶ 4.

10. Defendant Marex is a limited liability company formed under the laws of England and Wales. *See* Ex. A-1, ¶ 5. Defendant BTX Energy, LLC is a Texas limited liability company with its principal place of business in Texas.

11. Complete diversity exists in this case as of the time of this filing. Therefore, the Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

### B. THE AMOUNT IN CONTROVERSY IS MET.

12. The removal of an action based upon diversity jurisdiction must consider the sums demanded in good faith in the initial pleadings to be the amount in controversy. *See* 28 U.S.C. § 1446(c)(2).

13. Here, the amount in controversy exceeds $75,000, as Plaintiffs' Original Petition filed on or about September 22, 2025 sets forth alleged damages in the amount of over $30,000,000. *See* Ex. A-1, ¶¶ 2, 18, 24. Accordingly, the amount in controversy exceeds $75,000.00 and diversity jurisdiction is proper.

## IV.

## VENUE

14. Removal is proper to the United States District Court for the Southern District of Texas, Galveston Division because this district and division embraces Chambers County, Texas, the venue of the pending state court action. 28 U.S.C. §§ 1441(a), 1446(a).

## V.

## NOTICE TO ADVERSE PARTIES AND STATE COURT

15. Pursuant to 28 U.S.C. 1446(d), Marex will promptly give Plaintiffs written notice of this Notice of Removal. Marex will also promptly file a copy of this Notice of Removal with the District Clerk for Chambers County, Texas, where the state action is currently pending.

16. The name and address of the court from which the case is being removed is:

> 344th Judicial District Court for Chambers County, Texas
> 404 Washington Avenue, 3rd Floor
> Anahuac, TX 77514

17. At the time of this filing, no defendants have been served. The plain language of 28 U.S.C. § 1441(b)(2) expressly permits a defendant who has not been "***properly joined and served***" to remove an action to federal court. *See* 28 U.S.C. § 1441(b). Likewise, 28 U.S.C. § 1441 authorizes removal of an action before a forum defendant has been served. *See, e.g.*, *Texas Brine Co. v. Am. Arb. Assoc., Inc.*, 955 F.3d 482, 487 (5th Cir. 2020).

18. Pursuant to Local Rule 81 for the United States District Court for the Southern District of Texas, attached hereto as Exhibit A is an index of all matters being filed, which clearly identifies each document and indicates the date the document was filed in the state court action, if applicable, as required by 28 U.S.C. § 1446(a). Included with the index is a copy of each document

4

filed in the state court action, individually tabbed. Additionally, a list of all counsel of record is attached hereto as Exhibit B.

19.   Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of Marex's rights to assert any claims, defenses, or other motions permitted under the Federal Rules of Civil Procedure or any state or federal statute, rule, or otherwise, including Marex's right to compel arbitration of the claims asserted against it.

## VI.

## PRAYER

WHEREFORE, Defendant Marex Group PLC prays that the District Court Action be removed to the United States District Court for the Southern District of Texas.

Dated: September 24, 2025.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

*/s/ L. Bradley Hancock*
L. Bradley Hancock - ***attorney in charge***
State Bar No. 00798238
Federal Bar ID. 21091
Agnes O. Doyle
State Bar No. 24084423
Federal Bar ID. 25445474
Katia Leiva
State Bar No. 24143113
Federal Bar ID. 3896201
811 Main Street, Suite 2500
Houston, TX 77002-5227
713-821-7000 (telephone)
713-821-7001 (facsimile)
brad.hancock@hklaw.com
agnes.doyle@hklaw.com
katia.leiva@hklaw.com

**ATTORNEYS FOR DEFENDANT MAREX GROUP, PLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice of Removal has been served upon the following counsel and/or individuals set forth below, this 24th day of September, 2025, via the Court's electronic filing system.

W. Ray Whitman
rwhitman@bakerlaw.com
Ryan A. Pittman
rpittman@bakerlaw.com
Nikki L. Morris
nmorris@bakerlaw.com
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
Telephone: (713) 751- 1600
Facsimile (713) 751-1717


Counsel for BTX Energy, LLC
Unknown at the time of filing

                                                   */s/ Katia Leiva*
                                                   Katia Leiva