# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **DK TRADING & SUPPLY, LLC and** | § | |
| **LION OIL COMPANY, LLC,** | § | |
| | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **vs.** | § | Civil Action No. _____ |
| | § | |
| **MAREX GROUP PLC and BTX** | § | |
| **ENERGY, LLC.** | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

## <u>LIST OF COUNSEL OF RECORD</u>

**<u>Counsel for Plaintiffs Dk Trading & Supply, LLC and Lion Oil Company, LLC.</u>**

W. Ray Whitman
State Bar No. 21379000
rwhitman@bakerlaw.com
Ryan A. Pittman
State Bar No. 24132842
rpittman@bakerlaw.com
Nikki L. Morris
State Bar No. 24098143
nmorris@bakerlaw.com
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, TX 77002
Telephone: (713) 751- 1600
Facsimile (713) 751-1717

**<u>Counsel for Defendant Marex Group PLC.</u>**

L. Bradley Hancock
State Bar No. 00798238
Agnes O. Doyle
State Bar No. 24084423
Katia S. Leiva
State Bar No. 24143113
**HOLLAND AND KNIGHT LLP**
811 Main Street, Suite 2500
Houston, TX 77002-5227
713-821-7000 (telephone)
713-821-7001 (facsimile)
brad.hancock@hklaw.com
agnes.doyle@hklaw.com
katia.leiva@hklaw.com

**<u>Counsel for Defendant BTX Energy, LLC.</u>**

No counsel of record at this time.