# EXHIBIT A

#39303250_v1

## **EXHIBIT A**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas, the following documents are attached to this Notice:

| Index | Document | Date |
|---|---|---|
| A-1. | Plaintiffs' Original Petition | 2025-09-22 |
| A-2. | State Court Docket Sheet | Updated as of 2025-09-29 |
| B. | List of All Counsel of Record | N/A |