# EXHIBIT A-2

#39303256_v1

## Case Information

### DK Trading & Supply, LLC Lion Oil Company, LLC vs. Marex Group PLC BTX Energy LLC
25DCV0826

Location
Chambers County - District Clerk

Case Category
Civil - Contract

Case Type
Debt/Contract - Other

Case Filed Date
9/22/2025

Judge
Randy McDonald

Case Status
Disposed

## Parties [4]

| Type | Name | Nickname/Alias | Attorneys |
| --- | --- | --- | --- |
| Plaintiff | DK Trading & Supply, LLC | | Whitman, W Ray |
| Plaintiff | Lion Oil Company, LLC | | Whitman, W Ray |
| Defendant | Marex Group PLC | | Hancock, L. Bradley |
| Defendant | BTX Energy LLC | | |

## Events [8]

| Date | Event | Type | Comments | Documents |
| --- | --- | --- | --- | --- |
| 9/22/2025 | Filing | NCF | | No Documents |
| 9/22/2025 | Filing | PET | Plaintiffs' Original Petition with Request | Civil Process Request Form.pdf, Civil Process Request Form.pdf, Plaintiffs' Original Petition.pdf |
| 9/23/2025 | Service | Citation | - | - |
| 9/23/2025 | Service | Citation | - | - |
| 9/23/2025 | Filing | DCICIT | Emailed to Attorney | Citation Issued to BTX Energy LLC.pdf |
| 9/23/2025 | Filing | DCICIT | Emailed to Attorney | Out of State Citation Issued to Marex Group Plc.pdf |
| 9/23/2025 | Filing | JF | | Jury Fee Paid.pdf |
| 9/24/2025 | Filing | NOREM | | Defendant Marex Group PLC Notice of Filing Notice of Removal.pdf, Exhibit A.pdf |

