# EXHIBIT B

#39303250_v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **DK TRADING & SUPPLY, LLC** and **LION OIL COMPANY, LLC,** | § § § § § | |
| *Plaintiffs*, | § § | |
| vs. | § | Civil Action No. 3:25-cv-00309 |
| | § | |
| **MAREX GROUP PLC and BTX ENERGY, LLC.** | § § § § § | |
| *Defendant*. | § | |

## LIST OF COUNSEL OF RECORD

**Counsel for Plaintiffs Dk Trading & Supply, LLC and Lion Oil Company, LLC.**

W. Ray Whitman
State Bar No. 21379000
rwhitman@bakerlaw.com
Ryan A. Pittman
State Bar No. 24132842
rpittman@bakerlaw.com
Nikki L. Morris
State Bar No. 24098143
nmorris@bakerlaw.com
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, TX 77002
Telephone: (713) 751- 1600
Facsimile (713) 751-1717

1

**Counsel for Defendant Marex Group PLC.**

L. Bradley Hancock
State Bar No. 00798238
Agnes O. Doyle
State Bar No. 24084423
Katia S. Leiva
State Bar No. 24143113
**HOLLAND AND KNIGHT LLP**
811 Main Street, Suite 2500
Houston, TX 77002-5227
713-821-7000 (telephone)
713-821-7001 (facsimile)
brad.hancock@hklaw.com
agnes.doyle@hklaw.com
katia.leiva@hklaw.com

**Counsel for Defendant BTX Energy, LLC.**

Matthew Parish
State Bar No. 24014279
mparish@tsplaw.com
Taunton, Snyder & Parish, P.C.
One Eldridge Place
777 N. Eldridge Pkwy, Suite 450
Houston, Texas 77079
713-961-5800 (telephone)
713-993-2308 (facsimile)