UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DK TRADING & SUPPLY LLC and<br>LION OIL COMPANY, LLC,<br><br>*Plaintiffs,*<br><br>vs.<br><br>MAREX GROUP PLC,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:25-cv-00309 |

## **UNOPPOSED MOTION TO CONTINUE RULE 16 CONFERENCE**

Plaintiffs DK Trading & Supply, LLC and Lion Oil Company, LLC (collectively, "Delek") by and through their undersigned counsel, hereby move to continue the Rule 16 Conference set for November 12 to a later date, and in support thereof, state as follows:

On September 22, 2025, Delek filed an Original Petition in the 118th Judicial District of Chambers County, Texas against Defendants Marex Group, plc ("Marex") and BTX Energy, LLC ("BTX"). (Dkt. 1-2).

On September 24, 2025, Marex removed the case to this court before either defendant was served with process. (Dkt. 1, 5). Although Marex removed this action, to date, it has not been formally served, filed a responsive pleading, or otherwise appeared in this action. *See Campos v. U.S. Bank Nat. Ass'n*, No. 4:12-CV-2236, 2012 WL 5828619, at *4 (S.D. Tex. Nov. 13, 2012) ("A party can make a general appearance by filing an answer without challenging personal jurisdiction or by appearing at a hearing on a pending motion. . . . Filing a notice of removal is not a general appearance, but merely takes the case out of the hands of the state court.") (citations omitted). It also does not have a deadline to move, plead, or otherwise respond to the Original Petition.

On September 25, 2025, the Court issued its Order for Conference and Disclosure of Interested Parties, setting the initial conference for November 12, 2025, and requiring the parties to file their joint discovery/case management plan "not fewer than 10 days before the scheduling conference." (Dkt. 3).

On October 24, 2025, Delek and BTX filed a Joint Stipulation of Dismissal Without Prejudice as to BTX Only, noting that BTX will join a parallel arbitration proceeding related to these facts. (Dkt. 9).

Also on October 24, 2025, Delek and Marex held a conference at which they discussed the possibility of Marex consenting to arbitration, in which event, the parties would enter a stipulation as to Marex's dismissal from this case. The parties are currently considering their respective positions on this issue. While considering these issues, the Joint Discovery/Case Management Plan came due. Counsel for Delek regrets missing the Court's deadline or otherwise notifying the Court of the status of the Parties' discussions, and apologizes to the Court.

Accordingly, to avoid unnecessary expenses and to conserve the court's resources, Delek respectfully requests that the Court continue the Rule 16 Conference approximately one month to allow the parties additional time to consider these issues.

Dated: November 5, 2025

Respectfully submitted,

BAKER & HOSTETLER, LLP

By: */s/ Ryan A. Pittman*
W. Ray Whitman
Federal Bar No. 3778
State Bar No. 21379000
Ryan A. Pittman
Federal Bar No. 3856420
State Bar No. 24132842
Nikki L. Morris
Federal Bar No. 3257781
State Bar No. 24098143
811 Main Street, Ste. 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Email: rwhitman@bakerlaw.com
Email: rpittman@bakerlaw.com
Email: nmorris@bakerlaw.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF CONFERENCE**

I hereby certify that on November 4, 2025, counsel for Delek conferred with counsel for Marex regarding the relief requested in this motion. Marex has not yet been formally served, and has not filed an answer or otherwise appeared, and therefore Marex does not take a position on this Motion.

*/s/ Ryan A. Pittman*

**CERTIFICATE OF SERVICE**

In accordance with the Federal Rules of Civil Procedure, I hereby certify that on November 5, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*/s/ Ryan A. Pittman*